```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13186
   LYTONIA A THOMAS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-9556


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/24/2007 and was confirmed 09/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.00%.

     The case was dismissed after confirmation 11/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
ASPIRE                     UNSECURED         395.86            .00          15.58
BUREAU OF ACCOUNT MANAGE   UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         519.75            .00          20.45
CAVALRY PORTFOLIO SERVIC   UNSECURED         544.59            .00          21.43
CAPITAL ONE                UNSECURED         797.27            .00            .00
CHARTER ONE                UNSECURED      NOT FILED            .00            .00
CHASE                      UNSECURED      NOT FILED            .00            .00
CINGULAR WIRELESS          UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        3830.00            .00         229.02
ARNOLD SCOTT HARRIS        NOTICE ONLY   NOT FILED            .00            .00
CITY OF ELGIN              UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION ASSOCI   UNSECURED      NOT FILED            .00            .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED            .00            .00
MICHAEL D WEIS             UNSECURED        5775.96            .00         365.67
FIRST CONSUMERS SPIEGEL    UNSECURED      NOT FILED            .00            .00
HARRIS & HARRIS            UNSECURED      NOT FILED            .00            .00
HELLER & FRISONE           UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF HUMAN S   UNSECURED         749.00            .00          44.79
NCO FINANCIAL              NOTICE ONLY   NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         248.74            .00          15.75
MOUNT OREAD VENTIRES II    UNSECURED      NOT FILED            .00            .00
NORTHWAY FINANCIAL CORP    UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         274.59            .00          16.43
ST JOSEPH HOSPITAL         UNSECURED      NOT FILED            .00            .00
RUSH PRESBYTERIAN ST LUK   UNSECURED      NOT FILED            .00            .00
TRIB/FBOFD                 UNSECURED      NOT FILED            .00            .00
UNITED COLLECTION BUREAU   UNSECURED      NOT FILED            .00            .00
WESTBURY                   UNSECURED      NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         295.78            .00          17.68
ILLINOIS DEPT OF REVENUE   PRIORITY          321.26            .00         321.26
ILLINOIS DEPT OF REVENUE   UNSECURED          69.72            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13186 LYTONIA A THOMAS
```

```
NEAL FELD                DEBTOR ATTY    2,350.00                    2,350.00
TOM VAUGHN               TRUSTEE                                      268.60
DEBTOR REFUND            REFUND                                        65.59

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  3,752.25

PRIORITY                                            321.26
SECURED                                                .00
UNSECURED                                           746.80
ADMINISTRATIVE                                    2,350.00
TRUSTEE COMPENSATION                                268.60
DEBTOR REFUND                                        65.59
                         ---------------      ---------------
TOTALS                    3,752.25                3,752.25
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE